IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PHILLIP F.W. BEAZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-126 |
| | ) | |
| RICHMOND COUNTY CONSTRUCTORS LLC; JAMES BISHOP; DELIAH ALEXANDER; NEIL BROACH; and JOHN STEVENS, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims against Defendants Bishop, Alexander, Broach, and Stevens for failure to state a claim. The case shall proceed against Defendant Richmond County Constructors LLC as described in the Magistrate Judge's October 2, 2023 Order. (Doc. no. 8.)

SO ORDERED this 25th day of October, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA