In The United States District Court
for The Southern District of Georgia
Augusta Division

CASE# 1:23-CV-00126 JRH-BKE

Phillip Beazer
    Plaintiff
        vs
Richmond County Constructors LLC.
        Defendant.

I would like to Thank Your Honor The Court in Allowing me to be Absent to take Care of a matter Concerning my family.

in the time that i was away I Received a motion by the defendant to Dismiss my claim, on Reason given that i was neglectful in Filing my claim timely. I did Answer this motion once Already. but now i am Trying to Answer it again.

When The EEOC had my CASE I did Contact attorney Kenneth Ratley of Tanya D. Jeffords Firm. at that time I did Pay $200. to Speak to mrs Jeffords And was Told at that time that we will wait for the Right to Sue letter from the EEOC. At About a year After I Did Recieved that letter I Then Contact the Firm with in a week of Receiving the Right to Sue letter. And I was told by the Receptionist that I once again need to Pay $200 to Speak to MR. Kenneth Ratley Because Ms Jeffords was Away on Vacation. a Few days Later MR Ratley call and we further Discuss the case And I Forward All Documents to the Firm. weeks went by as I try to

In The United States District Court
For the Southern District of Georgia
Augusta Division

Phillip Benzon                    Case # 1:23-CV-00126 JRH-BKE
    Plaintiff
        Vs
Richmond County Constructors LLC
    Defendant

Contact Mr Kenneth Ratley unsuccessfully. To find out the status of my case in terms of how are we doing moving forward to filing the case with this court. To no avail I was unable to get in contact with him. A few days before the deadline I received a phone call from Mr Ratley saying he was busy with a big case and he didn't have enough time to dedicate to my case. I was upset that it took him all this time to now call me with this information. I was advised then to take it upon myself to file it Pro Se which I did. I was told by Mr Ratley that they were having problem with them getting messages, which didn't help me any at this point.

I am not trying to see any harm done to Mr Ratley by any means. Had it not been for the Defense Attorney insisting that I was neglectful in filing on time I wouldn't have mention this happening. I am again asking this court to Dismiss Defense claim to have my case dismiss due to me bein none compliance with filing my case. Thanks again    Phillip Benzon
                                                                    Plaintiff.

From
Phillip Beazer
3100 Talley Wood Dr
Chester VA. 23831

To
ATT: Clerks Office
600 James Brown Blvd
Augusta GA. 30901