AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PHILLIP F.W. BEAZER,

        Plaintiff,

v.

RICHMOND COUNTY CONSTRUCTORS LLC,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 123-126

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order entered May 14, 2024, Defendant's motion to dismiss is granted, and this case stands closed.

5/14/2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020