IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

PHILLIP F.W. BEAZER,              )
                                  )
    Plaintiff-Appellant,          )
                                  )
         vs.                      )        Case No. CV 123-126
                                  )        Appeal No.: 24-11734
Richmond County Constructors      )
LLC,                              )
                                  )
    Defendant-Appellee.           )

## O R D E R

The judgment of this Court having been vacated and remanded by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this ____13th____ day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA