**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 09 2026

FILED

PHILLIP F.W. BEAZER, *
*
Plaintiff, *
*
v. * CV 123-126
*
RICHMOND COUNTY CONSTRUCTORS LLC, *
*
*
Defendant. *

**O R D E R**

Before the Court is Plaintiff and Defendant Richmond County Constructors LLC's ("Richmond") joint stipulation of dismissal with prejudice. (Doc. 55.) Plaintiff and Defendant Richmond signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]

In the Parties' proposed order, they include a provision stating: "The Court retains jurisdiction to enforce the [P]arties' settlement agreement." (Id. at 3 (emphasis omitted).) However, the Parties do not request the Court retain jurisdiction in their stipulation notice. (See id. at 1.) A stipulation of dismissal under Rule 41(a)(1)(A)(ii) "becomes effective upon filing unless

[1] The Court notes Plaintiff commenced this case *pro se* and proceeded *in forma pauperis* ("IFP"). (Doc. 6, at 1.) Defendants James Bishop, Deliah Alexander, Neil Broach, and John Stevens were terminated pursuant to the Court's October 25, 2023 Order adopting the Magistrate Judge's recommendation that Plaintiff's claims against them be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). (Id. at 7-8; Doc. 10.) These Defendants never appeared in the case, so dismissal remains proper under Rule 41(a)(1)(A)(ii).

it explicitly conditions its effectiveness on a subsequent occurrence." Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012). Thus, the Court may not retain jurisdiction to enforce a settlement agreement unless: (1) the Court issues an Order retaining jurisdiction before the stipulation is filed, or (2) the Parties condition the effectiveness of the stipulation by explicitly requesting the Court enter an Order retaining jurisdiction. Id. at 1280 (citing Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 380-81 (1994)). Because neither of these conditions are met, the Court cannot retain jurisdiction to enforce the Parties' settlement agreement.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA